# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                             No. 4:13-cr-137–DPM

ERVEY MUZQUIZ-GUTIERREZ                                               DEFENDANT

## Sentencing Scheduling Order

Sentencing is set for **February 26, 2014 at 10:00 a.m. in Courtroom B-155.**

So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections, circulated . . . . . . . . . . . . . . . . . . . . . . . . . . . Received by the Court

- Motions to depart or vary and sentencing memoranda filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12 February 2014

- Joint notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18 February 2014

- Responses to any departure or variance motions and responding memoranda filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18 February 2014

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2014